Petition for Writ of Mandamus Denied and Opinion filed February 20, 2003









Petition for Writ of Mandamus Denied and Opinion filed
February 20, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01291-CV

____________

 

IN RE ABRAHAM MELAWER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 16, 2002, relator
filed a petition for writ of mandamus and a motion for stay in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  On December 16, 2002, we issued an order
granting the motion for stay pending final decision by this Court of the
petition.  On January 3, 2003, the real
party in interest filed a response and a motion for sanctions.  

We deny relator=s petition for writ of mandamus and
order the stay lifted.  We further deny
the motion for sanctions filed by the real party in interest.  

 

PER CURIAM

 

Petition Denied
and Opinion filed February 20, 2003.

Panel consists of
Justices Yates, Anderson, and Frost.